STATE v. ASHFORD

　No. 35 PC.

　Case below:　7 N.C. App. 320.

　Petition for writ of *certiorari* to North Carolina Court of Appeals denied 8 April 1970.

STATE v. BLIZZARD

　No. 40 PC.

　Case below:　7 N.C. App. 395.

　Petition for writ of *certiorari* to North Carolina Court of Appeals denied 14 April 1970.

STATE v. CAUDLE

　No. 42.

　Case below:　7 N.C. App. 276.

　Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 17 March 1970.

STATE v. JACKSON

　No. 34 PC.

　Case below:　7 N.C. App. 386.

　Petition for writ of *certiorari* to North Carolina Court of Appeals denied 8 April 1970.

STITH v. PERDUE

　No. 30 PC.

　Case below:　7 N.C. App. 314.

　Petition for writ of *certiorari* to North Carolina Court of Appeals denied 8 April 1970.

TUTTLE v. BECK

　No. 32 PC.

　Case below:　7 N.C. App. 337.

　Petition for writ of *certiorari* to North Carolina Court of Appeals denied 15 April 1970.